UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASES:
CASE NOS. 79-8266-CIV-KING
79-8356-CIV-KING
79-8342-CIV-KING
80-8093-CIV-KING
82-8478-CIV-KING

1715 FLEET-QUEENS JEWELS, LLC,

    Plaintiff,

vs.

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSELS, etc.,

    Defendants.

_____/

**ORDER ADJUDICATING TITLE TO ARTICLES
OF SALVAGE AND DISTRIBUTION OF 2023 RECOVERIES**

THIS CAUSE came before the Court upon Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC, Second Motion for Order Adjudicating Title to Articles of Salvage and Distribution of 2023 Recoveries. DE 823. The Court has received and reviewed Plaintiff/Salvor's report of salvage for 2023 in Exhibits A and B to the Motion. The Court, having retained jurisdiction to protect Plaintiff/Salvor's rights as first finder and exclusive salvor in possession and its continuing salvage operations in its August 31, 1982 Order and having received an inventory of all artifacts and property (Exhibit B, DE 823-2) which have been salvaged by the Substitute Custodian, Plaintiff/Salvor, and being otherwise fully advised in the premises, finds that the list of items on the inventory has been authenticated by the Substitute Custodian as true and complete, the items and data relative to the artifacts have been duly logged and preserved in accordance with the Court's Orders and instructions, and that the items have been placed in possession of the Court for the adjudication of title and distribution upon the Court's Order. Further, Plaintiff/Salvor, 1715

FLEET-QUEENS JEWELS, LLC and the Florida Department of State, Division of Historical Resources have agreed to the State's donation request designated as Exhibit D to the Motion. No objections were filed and the time to do so has passed. It is the finding of this Court that:

1. There has been continuous and on-going salvage activity performed by the 1715 FLEET-QUEENS JEWELS, LLC, Plaintiff/Salvor and its predecessors in interest, and the success of said salvage activities is amply demonstrated by the artifacts represented in the 2023 Artifact Inventory presented to the Court. *See* Exhibit B, DE 823-2.

2. Plaintiff/Salvor has continued to exercise such dominion and control over the wreck sites of the various Defendant vessels as is reasonable under the circumstances and they have continued to render diligent and effective assistance to the wreck sites of the Defendant vessels so as to justify their exclusive right to continue the salvage activities.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff/Salvor's Motion **(DE 823)** is hereby **GRANTED**;

2. All salvage recovered from the Defendant vessels during the 2023 salvage season, as reflected in the Inventory attached to its Motion, be and the same is hereby **AWARDED IN SPECIE** to the Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC, and Plaintiff/Salvor's title is confirmed as against all the world;

3. Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC is authorized to distribute the articles of salvage recovered in 2023 pursuant to the agreement between Plaintiff/Salvor and Florida Department of State, Division of Historical Resources and the Court's January 19, 2016, (Agreed) Order on Timeline and Procedures for Submission of Artifact Inventory and Donation Requests (DE 612);

4. Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC is directed to continue as the Court's Substitute Custodian of artifacts and property yet to be discovered and recovered;

5. The hearing for Adjudication of Title set for June 26, 2024, is hereby **CANCELED**; and

6. The Court hereby retains jurisdiction to protect Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC's rights as first finder and exclusive salvor in possession and its continuing salvage operations and enter such other orders in the above cause as the Court deems just and proper.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of June, 2024.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **All Counsel of Record**