**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CONSOLIDATED CASES:**
**CASE NOS. 79-8266-CIV-KING**
**79-8356-CIV-KING**
**79-8342-CIV-KING**
**80-8093-CIV-KING**
**82-8478-CIV-KING**

1715 FLEET-QUEENS JEWELS, LLC,

    Plaintiff,

vs.

UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSELS, etc.,

    Defendants.

_____/

**ORDER ADJUDICATING TITLE TO SUPPLEMENTAL**
**ARTICLES OF SALVAGE AND DISTRIBUTION OF 2015 RECOVERIES**

THIS CAUSE comes before the Court upon Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC's, Supplemental Motion for Order Adjudicating Title to Articles of Salvage and Distribution of 2015 Recoveries (DE 829) (the "Motion"), filed December 2, 2024. The Court has received and reviewed Plaintiff/Salvor's supplemental report regarding the recovery of certain stolen artifacts of salvage for 2015 in Exhibits A, B and C to the Motion. *See* DE 832.

The Court, having retained jurisdiction to protect Plaintiff/Salvor's rights as first finder and exclusive salvor in possession and its continuing salvage operations in its August 31, 1982, Order and having received an inventory of all artifacts and property which have been salvaged and recovered by the Substitute Custodian, Plaintiff/Salvor, said inventory list having been designated as Exhibit C to the Motion, and being otherwise fully advised in the premises, finds that the list of items on the inventory has been authenticated by the Substitute Custodian as true and complete and that the items and data relative to finds have been duly logged and preserved in accordance with the Court's Orders

and instructions and that the items are now within the jurisdiction of the Court for the adjudication of title and distribution upon the Court's Order. Further, Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC and the Florida Department of State, Division of Historical Resources have agreed to the State's donation request designated as Exhibit E to the Motion.

The Court set the matter for hearing and ordered Plaintiff/Salvor to provide a notice of the hearing date in the Key West Citizen not less than thirty (30) days prior to the hearing. DE 830. Plaintiff/Salvor provided the Court with Proof of Publication in the Key West Citizen. DE 831. No objections were filed. DE 833. Therefore, it is the finding of this Court that:

1. There has been continuous and on-going salvage activity performed by Plaintiff/Salvor 1715 FLEET-QUEENS JEWELS, LLC, and its predecessors in interest, and the success of said salvage activities is amply demonstrated by the artifacts represented in the Supplemental 2015 Artifact Inventory presented to the Court as Exhibit C to Plaintiff/Salvor's Motion.

2. Plaintiff/Salvor has continued to exercise such dominion and control over the wreck sites of the various Defendant vessels as is reasonable under the circumstances and they have continued to render diligent and effective assistance to the wreck sites of the Defendant vessels to justify their exclusive right to continue the salvage activities.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff/Salvor, 1715 Fleet-Queens Jewels, LLC's Supplemental Motion for Order Adjudicating Title to Articles of Salvage and Distribution of 2015 Recoveries and Request for Hearing **(DE 829)** is hereby **GRANTED**;

2. All additional salvage recovered from the Defendant vessels during the 2015 salvage season, as reflected in the Supplemental Inventory attached to its Motion, be and the same is hereby

**AWARDED IN SPECIE** to the Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC, and Plaintiff/Salvor's title is confirmed as against all the world.

3. Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC is authorized to distribute the additional articles of salvage recovered in 2015 pursuant to the agreement between Plaintiff/Salvor and Florida Department of State, Division of Historical Resources and the Court's January 19, 2016, (Agreed) Order on Timeline and Procedures for Submission of Artifact Inventory and Donation Requests (DE 612);

4. Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC is directed to continue as the Court's Substitute Custodian of artifacts and property yet to be discovered and recovered;

5. The hearing set for February 18, 2025, on Plaintiff/Salvor's Supplemental Motion for Order Adjudicating Title to Articles of Salvage and Distribution of 2015 Recoveries and Request for Hearing is hereby **CANCELED**; and

6. The Court hereby retains jurisdiction to protect Plaintiff/Salvor, 1715 FLEET-QUEENS JEWELS, LLC's rights as first finder and exclusive salvor in possession and its continuing salvage operations and enter such other orders in the above cause as the Court deems just and proper.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of February, 2025.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   **All Counsel of Record**